# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131727

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LARRY HOWELL,
      Defendant-Appellant.

SC: 131727
COA: 269654
Wayne CC: 05-003478-01

_____/

      On order of the Court, the application for leave to appeal the June 13, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

11023